[No. 8282-9-II.  Division Two.  September 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DERRELL RAY McDOUGALD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 127557-RO-10, Paul M. Boyle, J. Pro Tem., entered October 17, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 8406-6-II.  Division Two.  September 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ROBERT MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-1-00127-8, Robert L. Charette, J., entered January 14, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 8314-1-II.  Division Two.  September 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM TILMAN VAN SLYKE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-1-00131-6, John W. Schumacher, J., entered December 3, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.